```
ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Associate General Counsel
Office of Program Litigation, Office 7
Ryan Lu (Ore. State Bar No. 105902)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2034
Facsimile: (206) 615-2531
Email: Ryan.Lu@ssa.gov
Attorneys for Defendant
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS AMES ECCLES, <br><br> Plaintiff, <br><br> vs. <br><br> CAROLYN COLVIN,<br>Commissioner of Social Security,[1] <br><br> Defendant. | Case No. 1:24-cv-04461-RMI <br><br> **STIPULATION AND [PROPOSED]** <br> **ORDER FOR AN EXTENSION OF TIME** |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have a 28-day extension of

---

[1] Carolyn Colvin became the Acting Commissioner of Social Security on November 30, 2024. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn Colvin should be substituted for Martin O'Malley as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

time, from December 19, 2024, to January 16, 2025, for Defendant to respond to Plaintiff's Opening Brief (ECF No. 9).

This is Defendant's SECOND request for an extension of time in this case. Good cause exists for this extension because Defendant is currently exploring settlement options. The undersigned attorney for Defendant is still in discussions with the relevant agency component regarding settlement but needs more time to complete the process. Additionally, the undersigned attorney for Defendant is scheduled to be out of the office on leave from December 23 to December 27, 2024. If settlement is not possible, Defendant's counsel will need additional time to draft a response to Plaintiff's Opening Brief.

This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

Plaintiff does not oppose Defendant's request for an extension of time. The parties further stipulate that the deadline for any reply by Plaintiff, if necessary, will be extended accordingly.

Respectfully submitted,

Dated: December 19, 2024

*/s/ Francesco Benavides*
(*as authorized via email on December 19, 2024)
FRANCESCO BENAVIDES
Attorney for Plaintiff

Dated: December 19, 2024

ISMAIL J. RAMSEY
United States Attorney

By:   */s/ Ryan Lu*
RYAN LU
Special Assistant U.S. Attorney

Attorneys for Defendant

     Pursuant to Section 5-1(h) of the Civil Local Rules of the United States District Court for the Northern District of California, I certify that the content of this document is acceptable to counsel for Plaintiff and that I have obtained authorization from Francesco Benavides, to affix their electronic signature to this document.

                                        */s/ Ryan Lu*
                                        RYAN LU
                                        Special Assistant U.S. Attorney

                                                <u>ORDER</u>

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 12/20/2024

                                        THE HON. ROBERT M. ILLMAN
                                        United States Magistrate Judge